USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BEVIN BAZIL, individually and on behalf of
all others similarly situated.,

                                  Plaintiff,                         **23-CV-1414 (VSB) (KHP)**

      -against-

                                                                      **ORDER**

LINKUP MEDIA GROUP OF COMPANIES,
INC.,

                                Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Bankruptcy and Automatic Stay of Proceedings, this case is STAYED pursuant to 11 U.S.C. § 362.  The Initial Case Management Conference that was scheduled on **Wednesday, August 23, 2023 at 2:00 p.m.** is adjourned *sine die*, and will be rescheduled to occur after the stay is lifted.

On **Wednesday, November 15, 2023**, Defendant shall file a status letter updating the Court on the status of the bankruptcy proceeding.  Additionally, Defendant shall file a letter advising the Court of the occurrence of any event that would warrant the lifting of the stay, including but not limited to the dismissal of the bankruptcy case.  Such letter shall be filed within **one week** of the occurrence of such an event.

If the parties wish to explore settlement of this action while the bankruptcy proceeding is pending, they may write to the Undersigned at any time to request a settlement conference.

          SO ORDERED.

DATED:     New York, New York
                August 15, 2023                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge